# ROUNDS ET AL.

*v.*

# ST. JOHNS GAS COMPANY, LTD., ET AL.

San Juan, Equity, No. 934.

ORDER AS TO TAXES.

Taxes—Three Years.
　　　The lien or privilege for taxes under the law of Porto Rico is limited to three years.

Opinion filed August 24, 1917.

---

HAMILTON, Judge, delivered the following opinion:

This cause coming on to be heard upon the application of the people of Porto Rico for the payment of taxes claimed to be assessed against the real and personal property of the St. Johns Gas Company, Limited, for the year 1901–2 and the year 1902–3, and the matter being submitted upon proof and argument of counsel,

It seems to the court that under the law of Porto Rico the lien or privilege for taxes is limited to three years. Pol. Code,

§ 316; Civ. Code, § 1824. It is, therefore, unnecessary to discuss the other points raised as to exemption of this property as belonging to the United States, and indefiniteness and staleness of claim. Admitting the competency and materiality of all the evidence offered on behalf of the people of Porto Rico, it would still result that they could not recover.

It follows that the application for payment of taxes for the years in question must be denied, and it is so ordered.